UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:08-cr-45 WCL |
| ) | |
| ADAM GARCIA ) | |
| ) | |
| Defendant. ) | |

## **ACCEPTANCE OF PLEA OF GUILTY,**
## **ADJUDICATION OF GUILTY AND**
## **NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the defendant has waived objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the offense charged in the indictment is hereby accepted, and the defendant is adjudged guilty of such offense. The defendant and his counsel shall appear before the undersigned for sentencing on the **17th day of November, 2008,** at 11:00 a.m. **The attention of the parties is directed to the timetable outlined in the Presentence Scheduling Notice attached hereto**. If counsel are unable to comply with this timetable, they shall obtain an extension of the filing deadline from the court.

If objections to the to the pre-sentence report are not timely filed, thereby affording the court an adequate opportunity to review said objections, the sentencing hearing MUST BE CONTINUED. Accordingly, if defense counsel wishes to present an objection to the court, and said objection has not been timely filed, it will be the responsibility of said counsel to file a motion for continuance of the sentencing,

and provide to the court a full recitation of the reasons why the objection or objections were not timely filed.

IT IS SO ORDERED this   25th   day of  September , 2008.


 /s/William C. Lee
William C. Lee,  Judge
United States District Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

United States of America,

       vs.                    Criminal No.   1:08-cr-45 WCL

Adam Garcia

       Defendant.

## PRESENTENCE SCHEDULING NOTICE

Date of Referral to Probation Officer:                    September 9, 2008
                                                                                      (Date of Plea or Verdict)

The Proposed Presentence Report Shall be Disclosed to
Counsel no Later Than:                                      October 13, 2008
                                                                                    (35 Days Before Sentencing)

Counsel's Written Objections or Acknowledgment of
No Objections to the Pre-Sentence Report Shall be
Delivered to the Probation Officer and Opposing
Counsel no Later Than **14 Days After Disclosure**.

The Presentence Report Shall be Submitted to the
Court and Disclosed to Counsel no Later Than:               November 7, 2008
                                                                                      (10 Days Before Sentencing)

Judgment and Sentencing Date:                               November 17, 2008
                                                                   (At Least 70 Days After Plea or Verdict)